# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-116 DMG (JC) | Date | June 11, 2015 |
|---|---|---|---|
| Title | Demond Mimms v. Rent-A-Center, Inc., et al. | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**      (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL

On January 7, 2015, plaintiff, Demond Mimms ("plaintiff"), who is at liberty and has been granted leave to proceed *in forma pauperis*, filed a *pro se* Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983"). Plaintiff sues Rent-A-Center, Inc., the County of Los Angeles, the Los Angeles Police Department ("LAPD"), and LAPD officers Trujillo and White. (Complaint at 1-2). Plaintiff seeks declaratory, injunctive, and monetary relief from all defendants. (Complaint at 1-4).

On March 30, 2015, this Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint within fourteen (14) days, *i.e.*, by April 13, 2015 ("March Order"). The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the March Order and/or for failure diligently to prosecute. The March Order was sent to plaintiff at his address of record and was not returned as undeliverable.

As plaintiff did not timely respond to the March Order, the Court, on April 28, 2015, issued an Order to Show Cause Re Dismissal ("First OSC") directing plaintiff to show cause in writing why this action should not be dismissed based upon the deficiencies identified in the March Order and/or based upon plaintiff's failure to prosecute. On May 12, 2015, plaintiff filed a response to the First OSC ("Response") in which plaintiff claimed that he had never received the March Order even though the Response reflected that plaintiff had the same address to which the March Order was sent and even though, as noted above, the March Order was not returned as undeliverable. Nonetheless, giving plaintiff the benefit of the doubt, the Court, on May 13, 2015, ordered the First OSC discharged, ordered the Clerk to re-serve plaintiff with the March Order and attachments, and extended plaintiff's deadline to file a First Amended Complaint to May 27, 2015 ("May Order"). The May Order again expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the March Order and/or for failure diligently to prosecute. To date, although the foregoing deadline has expired, plaintiff has again failed to file a First Amended Complaint or to seek an extension of time to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-116 DMG (JC) | Date | June 11, 2015 |
|---|---|---|---|
| Title | Demond Mimms v. Rent-A-Center, Inc., et al. | | |

IT IS THEREFORE ORDERED that plaintiff shall show cause in writing, on or before **June 18, 2015**, why this action should not be dismissed based upon the deficiencies identified in the March Order and/or based upon plaintiff's failure to prosecute.  **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action based upon the deficiencies identified in the March Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment                                                        Initials of Deputy Clerk: hr