UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS,<br><br>               Plaintiff,<br><br>     v.<br><br>RENT-A-CENTER, et al.,<br><br>               Defendants. | Case No. CV 15-116 DMG(JC)<br><br>JUDGMENT |

     In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 23, 2015

                                                      _____
                                                           DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE